UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DARREN MILLER                                                                PLAINTIFF

V.                          No. 3:20CV00107-KGB-JTR

TAYLOR GLEEN, LPN,
Greene County Detention, *et al.*                                            DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### I. Discussion

On April 6, 2020, Plaintiff Darren Miller ("Miller") filed this *pro se* § 1983 action alleging that, while he was a prisoner in the Greene County Detention Center, Defendants violated his constitutional rights. *See Docs. 2 & 6.*

On October 5, 2020, the Court ordered Miller to file, in light of his release

from incarceration, a free-world Application to Proceed *In Forma Pauperis* or pay the filing fee for this action. *Doc. 8.* Importantly, the Court's Order cautioned Miller that failure to comply within the designated time would subject his case to dismissal, without prejudice, pursuant to Local Rule 5.5(c)(2).[1] *Id. at 2.* Miller did not respond to the Court's Order. The time to do so has expired. Miller's last communication with the Court was on May 22, 2020, when he notified the Clerk of his change of address. *Doc. 7.*

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. This case be DISMISSED, WITHOUT PREJUDICE, due to a lack of prosecution.

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

---

[1] On April 8, 2020, the Court advised Miller of his responsibilities under Local Rule 5.5(c)(2). *Doc. 3.* The Local Rule provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself must sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* must be expected to be familiar with and follow the Federal Rules of Civil Procedure.

DATED this 23rd day of November, 2020.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE