# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DARREN MILLER**                                                  **PLAINTIFF**

v.                  **Case No. 3:20-cv-00107-KGB/JTR**

**TAYLOR GLEEN, LPN,**
**Greene County Detention,** *et al.*                                    **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 9). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 9). Accordingly, the Court dismisses without prejudice plaintiff Darren Miller's complaint and amended complaint (Dkt. Nos. 2, 6). The Court denies as moot Mr. Miller's motion for leave to proceed *in forma pauperis* (Dkt. No. 5). The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith. Judgment shall be entered accordingly.

So ordered this 3rd day of February, 2021.

Kristine G. Baker
United States District Judge