UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DARREN MILLER**                                                                                **PLAINTIFF**

**v.**                      Case No. 3:20-cv-00107-KGB/JTR

**TAYLOR GLEEN, LPN,**
**Greene County Detention,** *et al.*                                      **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Darren Miller's complaint and amended complaint are dismissed without prejudice.

So adjudged this 3rd day of February, 2020.

                                                       _____
                                                       Kristine G. Baker
                                                       United States District Judge